IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASTRO M. SANTOS, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-0744 |
| | : | |
| COMMISSARY STAFF, | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 29th day of March, 2019, upon consideration of *pro se* Plaintiff Castro M. Santos's Amended Complaint (ECF No. 9), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED with prejudice** for failure to state a claim and as frivolous, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii), for the reasons set forth in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**